David J. Lee, Bar No. 296294
david@davidjleelaw.com
**DAVID LEE LAW, APC**
515 S. Flower Street
Suite 1900
Los Angeles, California 90071
Telephone: 213.236.3536
Fax No.: 866.658.4722

Brandon M. Banks, Bar No. 314667
brandon@brandonbankslaw.com
**BRANDON BANKS LAW, APC**
3223 Webster Street
San Francisco, California 94123
Telephone: 415.606.7017
Fax No.: 415.358.4233

Attorneys for Plaintiff
CHRISTOPHER MARLOWE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHRISTOPHER MARLOWE,<br><br>  Plaintiff,<br><br>  v.<br><br>SOPHOS INC., a Massachusetts corporation; FRANCOIS DEPRAYRAS, an individual and DOES 1 to 50, inclusive,<br><br>  Defendants. | Case No. 23-cv-02620-NC<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE; ORDER**<br><br>Trial Date: None Set<br>Complaint Filed:   March 13, 2023 |

TO THE HONORABLE COURT, ALL PARTIES AND COUNSEL OF RECORD:

PLEASE TAKE NOTICE that, pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), Plaintiff CHRISTOPHER MARLOWE ("Plaintiff") and Defendants SOPHOS, INC., and FRANCOIS DEPAYRAS ("Defendants") hereby stipulate as follows:

1.  On March 13, 2023, Plaintiff filed the above-captioned lawsuit (the "Action) in the Superior Court in and for the County of Santa Clara.

2. On May 25, 2023, Defendants filed a General Denial and Affirmative Defenses in the Superior Court in and for the County of Santa Clara.

3. On May 26, 2023, Defendants filed a Notice of Removal of the Action to the United States District Court, Northern District of California.

4. Plaintiff did not contest Defendant's Notice of Removal

5. On October 20, 2023, Plaintiff and Defendants attended private mediation.

6. On October 26, 2023, Plaintiff and Defendants agreed to a settlement of Plaintiff's claims against Defendants.

7. On October 27, 2023, Plaintiff and Defendants agreed that Plaintiff would dismiss his claims against Defendants, and would dismiss the Action, with prejudice, with each side to bear its own costs and fees.

Based on the foregoing facts, Plaintiff and Defendants stipulate and agree that this Court should dismiss the Action in its entirety against Defendants, with prejudice.

Dated: November 15, 2023

BRANDON BANKS LAW APC
DAVID LEE LAW APC

Brandon M. Banks
David J. Lee

Attorneys for Plaintiff
Christopher Marlowe

**ORDER**

Pursuant to the Stipulation of the Parties, and good cause appearing therefore, IT IS HEREBY ORDERED that Plaintiff's Action against Defendants SOPHOS, INC., and FRANCOIS DEPAYRAS be and is dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

Dated: November 16, 2023

_____
NATHANAEL M. COUSINS
Magistrate Judge


GRANTED
Judge Nathanael M. Cousins